| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Kevin G. McDonald, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>kmcdonald@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee | Case No: 18-14851 CMG<br><br>Chapter: 7<br><br>Judge: Christine M. Gravelle |
| In Re:<br>Zaida Iris Jackson<br><br>Debtor | |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/06/2018                                **/s/Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                Kevin G. McDonald, Esquire
                                                Denise Carlon, Esquire
                                                Brian C. Nicholas, Esquire
                                                **KML Law Group, P.C.**
                                                216 Haddon Avenue, Ste. 406
                                                Westmont, NJ 08108
                                                (609) 250-0700 (NJ)
                                                (215) 627-1322 (PA)
                                                FAX: (609) 385-2214
                                                Attorney for Movant/Applicant

*new 8/1/15*