UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Case No.: 18-14851-CMG

Chapter: 7

In Re:

Zaida Iris Jackson

Adv. No.:

Hearing Date:

Judge: Gravelle

Debtor

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 APR 23 P 3: 52

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, _____Zaida I Jackson_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☒ am the _____debtor_____ in this case and am representing myself.

2. On _____April 21, 2018_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Applicable Notice of Chapter 7 Bankruptcy Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 23, 2018

Signature: Zaida Jackson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| COMENITY BANK/ANNTYLR/LIMITEDINWYRK (ADDED)<br>PO Box 182789<br>Columbus, OH  43218-2789 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| COMENITYCAPITAL/OVERSTOCK (ADDED)<br>PO Box 182120<br>Columbus, OH  43218-2120 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KOHLS/CAPITAL ONE (ADDED)<br>PO Box 3115<br>Milwaukee, WI  53201-3115 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PAYPAL INC. (ADDED)<br>Attn: Legal Department<br>2211 North First Street<br>San Jose, CA  95131 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYNCB/TJX CO (ADDED)<br>PO Box 965036<br>Orlando, FL 32896-5036 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TEICH GROH FROST & ZINDLER (ADDED)<br>691 Highway 33<br>Trenton NJ 08619 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TEICH GROH (ADDED)<br>34 Franklin Corner Rd<br>Lawrenceville NJ 08648 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WELLS FARGO HOME MORTGAGE (ADDED)<br>PO Box 10335<br>Des Moines, IA 50306-0335 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WELLS FARGO HM MTG /WFB NA (ADDED)<br>PO Box 659558<br>Loan Service CREDIT DISPUTE<br>San Antonio, TX 78265-9558 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*