UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          Case No.

Debtor                                          Chapter   7

### NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

LOCATION OF HEARING:   United States Courthouse
                       402 East State Street
                       Courtroom No. 3
                       Trenton, New Jersey 08608

DATE AND TIME:

### NOTICE
### REAFFIRMATION AGREEMENT - FORM B2400A

The Director of the Administrative Office of the United States Courts has published a recommended form of reaffirmation agreement, Form  B2400A .  This reaffirmation agreement form is available on this court's website at www.njb.uscourts.gov.  Click on forms, then National Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B2400A prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Bruce W. Jackson
By Deputy Clerk

I hereby certify that  I mailed a copy of the above notice to each of the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)

Bruce W. Jackson
Deputy Clerk