UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:      Case No.: __18-14851__

ZAIDA IRIS JACKSON,      Chapter: __7__

    Judge: __CMG__

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __June 5, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 126 White Horse Avenue, Hamilton, NJ 08610 ($201,400.00) |
|---|---|

| Liens on property: | Fay Servicing- PO Box 809441, Chicago, IL 60680 ($279,545.00) |
|---|---|

| Amount of equity claimed as exempt: | 100% of fair market value, up to any applicable statutory limit |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:      Bunce D. Atkinson, Esq.

Address:      PO Box 8415, Red Bank, NJ 07701

Telephone No.:  732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-14851-CMG
Zaida Iris Jackson                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 03, 2018
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2018.
```
db          +Zaida Iris Jackson,    126 White Horse Avenue,    Hamilton, NJ 08610-2624
pp          +David Weber,   PO Box 32213,    Raleigh, NC 27622-2213
517383862    American Express,    PO Box 981537,    El Paso, TX 79998-1537
517383864    Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
517383863    Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
517383865    Capital One/Lord & Taylor,    PO Box 30253,    Salt Lake City, UT 84130-0253
517445560    Comenity Bank/ ANNTYLER/LIMITED/NWYRK,    PO Box 182789,    Columbus, OH 43218-2789
517445561    Comenity Capital/Overstock,    PO Box 182120,    Columbus, OH 43218-2120
517383866    Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
517383867    Fedloan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
517383868    Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517383869   +Jay Roberts,    1410 Highway 33,    Trenton, NJ 08690-1704
517383870   +Lynch Law Offices,    173 Livingston Avenue,    New Brunswick, NJ 08901-2937
517383871    Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
517383872   +NJM Insurance Group,    301 Sullivan Way,    West Trenton, NJ 08628-3406
517383873   +Serenity House Detox Palm Beach LLC,    PO Box 2070,    Hallaridale, FL 33008-2070
517383876    TD Bank USA,    PO Box 673,    Minneapolis, MN 55440-0673
517445566   +Teich Groh,    34 Franklin Corner Rd,    Lawrenceville NJ 08648-2102
517445565   #+Teich Groh Frost & Zindler,    691 Highway 33,    Trenton NJ 08619-4407
517445567    Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
517445568    Wells Fargo Home/WFB NA,    Loan Service Credit Dispute,    PO Box 659558,
              San Antonio, TX 78265-9558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 04 2018 00:18:30     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2018 00:18:26     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 04 2018 00:21:14
              Capital One Auto Finance, a Division of Capital On,    c/o Hogan Data Operations,
              4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
517394490   +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 04 2018 00:20:28
              Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517445562    E-mail/Text: bnckohlsnotices@becket-lee.com May 04 2018 00:17:53     Kohl's/Capital One,
              PO Box 3115,   Milwaukee, WI 53201-3115
517445563   +E-mail/Text: recovery@paypal.com May 04 2018 00:17:44     PayPal Inc.,    Attn: Legal Department,
              2211 North First Street,    San Jose, CA 95131-2021
517383874    E-mail/PDF: gecsedi@recoverycorp.com May 04 2018 00:21:07     SYNCB/Amazon,    PO Box 965015,
              Orlando, FL 32896-5015
517383875    E-mail/PDF: gecsedi@recoverycorp.com May 04 2018 00:21:02     SYNCB/JC Penney,    PO Box 965036,
              Orlando, FL 32896-5036
517445564    E-mail/PDF: gecsedi@recoverycorp.com May 04 2018 00:21:02     SYNCB/TJX CO,    PO Box 965036,
              Orlando, FL 32896-5036
517386413   +E-mail/PDF: gecsedi@recoverycorp.com May 04 2018 00:21:02     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517383877*  +NJM Insurance Group,    301 Sullivan Way,    West Trenton, NJ 08628-3406
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                  Page 2 of 2                  Date Rcvd: May 03, 2018
                              Form ID: pdf905              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
              Bunce   Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```