UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: __18-14851__

Zaida Iris Jackson

Chapter: __7__

Judge: __Gravelle__

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
126 White Horse Ave, Hamilton, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 5/31/2018    By: Gary A. Nau

*rev.2/10/17*