Certificate Number: 14912-NJ-DE-031156531

Bankruptcy Case Number: 18-14851



14912-NJ-DE-031156531

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2018, at 10:50 o'clock AM EDT, Zaida Jackson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 9, 2018            By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor