**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Zaida Iris Jackson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6375<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14851–CMG | |

## Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zaida Iris Jackson

6/22/18                                                                                **By the court:**   Christine M. Gravelle
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Zaida Iris Jackson  
    Debtor

Case No. 18-14851-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 22, 2018  
                       Form ID: 318     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.

```
db              +Zaida Iris Jackson,    126 White Horse Avenue,    Hamilton, NJ 08610-2624
pp              +David Weber,    PO Box 32213,    Raleigh, NC 27622-2213
517383864        Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
517383865        Capital One/Lord & Taylor,    PO Box 30253,    Salt Lake City, UT 84130-0253
517383866        Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
517383867        Fedloan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
517383869       +Jay Roberts,    1410 Highway 33,    Trenton, NJ 08690-1704
517383870       +Lynch Law Offices,    173 Livingston Avenue,    New Brunswick, NJ 08901-2937
517383872       +NJM Insurance Group,    301 Sullivan Way,    West Trenton, NJ 08628-3406
517383873       +Serenity House Detox Palm Beach LLC,    PO Box 2070,    Hallaridale, FL 33008-2070
517445566       +Teich Groh,    34 Franklin Corner Rd,    Lawrenceville NJ 08648-2102
517445565      #+Teich Groh Frost & Zindler,    691 Highway 33,    Trenton NJ 08619-4407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: AISACG.COM Jun 23 2018 03:33:00      Capital One Auto Finance, a Division of Capital On,
                 c/o Hogan Data Operations,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
517383862        EDI: AMEREXPR.COM Jun 23 2018 03:33:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
517394490       +EDI: AISACG.COM Jun 23 2018 03:33:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517383863        EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
517445560        EDI: WFNNB.COM Jun 23 2018 03:33:00      Comenity Bank/ ANNTYLER/LIMITED/NWYRK,    PO Box 182789,
                 Columbus, OH 43218-2789
517445561        EDI: WFNNB.COM Jun 23 2018 03:33:00      Comenity Capital/Overstock,    PO Box 182120,
                 Columbus, OH 43218-2120
517383868        EDI: CITICORP.COM Jun 23 2018 03:33:00      Home Depot/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
517445562        EDI: CBSKOHLS.COM Jun 23 2018 03:33:00      Kohl's/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517383871        EDI: TSYS2.COM Jun 23 2018 03:33:00      Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
517445563       +E-mail/Text: recovery@paypal.com Jun 22 2018 23:59:49      PayPal Inc.,    Attn: Legal Department,
                 2211 North First Street,    San Jose, CA 95131-2021
517383874        EDI: RMSC.COM Jun 23 2018 03:33:00      SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
517383875        EDI: RMSC.COM Jun 23 2018 03:33:00      SYNCB/JC Penney,    PO Box 965036,
                 Orlando, FL 32896-5036
517445564        EDI: RMSC.COM Jun 23 2018 03:33:00      SYNCB/TJX CO,    PO Box 965036,    Orlando, FL 32896-5036
517386413       +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517383876        EDI: WTRRNBANK.COM Jun 23 2018 03:33:00      TD Bank USA,    PO Box 673,
                 Minneapolis, MN 55440-0673
517445567        EDI: WFFC.COM Jun 23 2018 03:33:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
517445568        EDI: WFFC.COM Jun 23 2018 03:33:00      Wells Fargo Home/WFB NA,    Loan Service Credit Dispute,
                 PO Box 659558,    San Antonio, TX 78265-9558
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517383877*      +NJM Insurance Group,    301 Sullivan Way,    West Trenton, NJ 08628-3406
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 22, 2018
                              Form ID: 318             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
          Bunce   Atkinson    on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce   Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```